IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAIN ABRAZADO, | No. C 10-0927 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| UNIVERSITY OF PHOENIX, INC., et al., | |
| Defendants. | |

On June 25, 2010, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action. By its Order to Show Cause issued June 25, 2010, the Court ordered plaintiff to show cause, in writing filed no later than July 9, 2010, why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No response has been filed by plaintiff.

No good cause having been shown for plaintiff's failure to appear, the Court hereby orders the action DISMISSED without prejudice pursuant to Rule 41(b) for failure to prosecute.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 20, 2010        /s/ Vaughn R. Walker
                            VAUGHN R WALKER for
                            MAXINE M. CHESNEY
                            United States District Judge