IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO S. MARTINEZ, | No. C 09-0069 MMC (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| MICHAEL EVANS, et al., | |
| Defendants. | |

On January 8, 2009, plaintiff, a California prisoner then incarcerated at Corcoran State Prison and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. After plaintiff filed an amended complaint, the Court issued an order directing defendants to file either a motion for summary judgment or other dispositive motion, and informed plaintiff that he must file opposition to defendants' motion no later than thirty days from the filing date of the motion. By that same order, the Court informed plaintiff of his continuing obligation to prosecute this action and to apprise the Court of his current address, and that his failure to do so could result in the dismissal of the instant action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

On September 17, 2010, defendants filed a motion to dismiss the complaint for failure to state a claim upon which relief may be granted, and, alternatively, for failure to exhaust administrative remedies. According to the briefing schedule set by the Court, plaintiff's opposition to defendants' motion was due no later than October 17, 2010. Plaintiff, however,

did not file an opposition. He also did not otherwise communicate with the Court after filing his amended complaint on September 22, 2009. Additionally, subsequent to the date the opposition was due the Court was apprised that plaintiff had been released on parole.

Consequently, in light of the Court's having previously informed plaintiff of his continuing obligation to prosecute this action, plaintiff's failure to file an opposition to defendants' motion or to otherwise communicate with the Court for more than a year, and plaintiff's release on parole, the Court, by order dated November 19, 2010, directed plaintiff to inform the Court, within twenty days, as to whether he intends to proceed with the prosecution of this action. Plaintiff was expressly informed that if he failed to comply with the Court's order, this action would be dismissed without prejudice for failure to prosecute, pursuant to Rule 41(b).

More than twenty days have passed from the date the Court's order was filed and plaintiff has failed to comply therewith. Accordingly, the above-titled action is hereby DISMISSED without prejudice for failure to prosecute.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: December 13, 2010

MAXINE M. CHESNEY
United States District Judge

2