IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERNESTO S. MARTINEZ,

              Plaintiff,

  v.

MICHAEL EVANS, et al.,

              Defendants.

_____/

No. CV-09-0069 MMC

**JUDGMENT IN A CIVIL CASE**

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED for failure to prosecute.


Dated: December 10, 2010                Richard W. Wieking, Clerk

                                  *Tracy Lucero*

                              By: Tracy Lucero
                              Deputy Clerk